1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ALLEN RANDLE

                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   No. CR 1:07-00122-OWW-1
              Plaintiff,         )
                                 )   STIPULATION AND [~~PROPOSED~~]
         v.                      )   ORDER CONTINUING INITIAL
                                 )   APPEARANCE/ARRAIGNMENT
                                 )   DATE AND EXCLUSION OF TIME
ALLEN RANDLE,                    )   OLD DATE: 6/8/07
                                 )   NEW DATE: 7/2/07
              Defendant.         )   1:30 pm
                                     Judge Wanger

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 8, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to Monday, July 2, 2007 at 1:30 p.m. for initial appearance/arraignment before The Hon. Oliver W. Wanger, at the same location. The reason for the continuance is that the parties are discussing a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether this is feasible. A continuance

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT            - 1 -

1  to July 2, 2007, at 1:30 p.m. will allow time to complete the investigation and determine whether or

2  not the cases will be transferred in accordance with Rule 20 of the Federal Rules of Criminal

3  Procedure. The parties stipulate that the time from June 8, 2007, to July 2, 2007, should be excluded

4  in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)

5  for continuity of counsel and for adequate preparation of counsel.

6

7  DATED: 6/7/07                               _____
                                                JOYCE LEAVITT
8                                               Assistant Federal Public Defender

9

10 DATED: 6/7/07                               _____
                                                STANLEY BOONE
11                                              Assistant United States Attorney

12

13     I agree to the stipulation set out above and promise to appear before The Hon. Oliver W.

14 Wanger, United States District Judge, on July 2, 2007, at 1:30 p.m. as ordered by the Court.

15
                                                _____
16                                              ALLEN RANDLE

17

18                                           **ORDER**

19     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial

20 appearance/arraignment in this case, currently scheduled in the Eastern District of California on

21 Friday, June 6, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor,

22 Fresno, California, may be continued to Monday, July 2, 2007, at 1:30 p.m. before The Hon. Oliver

23 W. Wanger, located at 2500 Tulare Street, 6th Floor, Fresno, California, for initial

24 appearance/arraignment.

25

26

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT              -2-

```
```
```
```

Case 1:07-cr-00122-OWW   Document 9   Filed 06/08/07   Page 3 of 3

IT IS FURTHER ORDERED that the time from June 8, 2007 to July 6, 2007 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

Dated: 6/7/07

HONORABLE ~~LAWRENCE J. O'NEILL~~
SM SNYDER

1