1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ALLEN RANDLE

FILED
JUL 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 1:07-00122-OWW-1 |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER CONTINUING INITIAL |
| ) | APPEARANCE/ARRAIGNMENT |
| ) | DATE AND EXCLUSION OF TIME |
| ALLEN RANDLE, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Monday, July 2, 2007 at 1:30 p.m. for initial appearance/arraignment before The Hon. Oliver W. Wanger, located at 2500 Tulare Street, Fresno, California, may be continued to Monday, August 27, 2007 at 1:30 p.m. The parties are still discussing a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether this is feasible. A continuance to August 27, 2007, at 1:30 p.m. will allow time to complete the investigation and

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                     - 1 -

1 determine whether or not the cases will be transferred in accordance with Rule 20 of the Federal
2 Rules of Criminal Procedure. The parties stipulate that the time from July 2, 2007, to August 27,
3 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
4 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 7/2

JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 7/12/07

STANLEY BOONE
Assistant United States Attorney

I agree to the stipulation set out above and promise to appear before The Hon. Oliver W. Wanger, United States District Judge, on August 27, 2007, at 1:30 p.m. as ordered by the Court.

ALLEN RANDLE

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Monday, July 2, 2007, at 1:30 p.m. before The Hon. Oliver W. Wanger, located at 2500 Tulare Street, 6th Floor, Fresno, California, for initial appearance/arraignment is hereby continued to Monday, August 27, 2007, at 1:30 p.m. for initial appearance/arraignment.

IT IS FURTHER ORDERED that the time from July 2, 2007 to August 27, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT            - 2 -

1  (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends
2  of justice served by the granting of the continuance outweigh the best interests of the public and the
3  defendant in a speedy and public trial and the failure to grant the requested continuance would
4  unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,
5  taking into account due diligence.

   SO ORDERED.

   DATED: 7-12-07                          /s/ Oliver W. Wanger
                                           _____
                                           OLIVER W. WANGER
                                           United States District Judge